UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SCOTT McKINNEY,<br><br>          Defendant.<br>_____/ | CR F 05-315 OWW<br><br>STIPULATION AND ORDER<br>TAKING MATTER OFF CALENDAR<br>AS TO SCOTT McKINNEY AND<br>WAIVING McKINNEY'S<br><u>APPEARANCE ON MAY 12, 2006</u> |

     THE PARTIES HEREBY STIPULATE AND AGREE that SCOTT McKINNEY's appearance on May 12, 2006, is waived, and the pending motions are taken off calendar as to defendant McKINNEY.

     This stipulation is entered into because of the necessity for further investigation and attempts by the parties to reach a global resolution of this matter and the related asset forfeiture investigation.

     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. section 3161 *et seq*, the parties stipulate that the time period from the date of the filing of this stipulation to June 6, 2006, is deemed excludable.

     Dated:  May 11, 2006

| | |
|---|---|
| /s/   KAREN ESCOBAR<br>KAREN ESCOBAR | /s/  OMAR FIGUEROA<br>OMAR FIGUEROA |

     **IT IS SO ORDERED.**
IT IS SO ORDERED.

| | |
|---|---|
| **Dated:  May 18, 2006**<br>emm0d6 | **/s/ Oliver W. Wanger**<br>UNITED STATES DISTRICT JUDGE |

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331