UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,                CR F 05-315 OWW

    v.                           STIPULATION AND ORDER
                                  MODIFYING CONDITIONS OF
SCOTT McKINNEY,               PRETRIAL RELEASE

        Defendant.
_____/

    THE PARTIES HEREBY STIPULATE AND AGREE that defendant SCOTT McKINNEY's pretrial release conditions be modified to terminate the requirement of a third-party custodian. All other conditions previously imposed will remain the same.

    Pretrial Services has advised that they have no objection to this modification.

    Dated: August 31, 2006


/s/ KAREN ESCOBAR                    /s/ OMAR FIGUEROA
KAREN ESCOBAR                        OMAR FIGUEROA

    **IT IS SO ORDERED.**

IT IS SO ORDERED.

**Dated:   September 2, 2006**           **/s/ Oliver W. Wanger**
emm0d6                                    UNITED STATES DISTRICT JUDGE

PIER 5 LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
FAX: (415) 421-1331