

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SCOTT McKINNEY,

    Defendant.
_____/

CR F 05-315 OWW

ORDER EXONERATING BAIL

Upon the request of defendant, and good cause appearing,

IT IS HEREBY ORDERED that bail in this matter is exonerated, and the clerk of the court is ordered to reconvey the property posted as security for bail for Mr. McKinney.

Dated: 11-28-06

OLIVER W. WANGER, Judge
United States District Court

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331