UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br> v.<br><br>SCOTT McKINNEY,<br><br>    Defendant | 1:05-cr-315 OWW<br><br><br><br><br><br>ORDER FOR RECONVEYANCE OF<br>PROPERTY AND RETURN OF PASSPORT |

  The above-named defendant having been sentenced to a term of probation, it is ordered that the property bond posted be reconveyed and returned to the surety and the Passport which was surrendered may be returned to the defendant.

Dated: December 4, 2006    /s/ OLIVER W. WANGER
                _____
                OLIVER W. WANGER
                United States District Judge